The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 28, 2017, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 28, 2017**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

B17-17941     PMO\sbt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL J. CELIGA, SR. | ) | CASE NO. 17-13097 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 293 West Main Street |
| | ) | Madison, Ohio 44057 |

**AGREED ORDER RESOLVING OBJECTION OF DITECH FINANCIAL LLC
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN  [Re:  Docket #14]**

This cause came to be considered this day upon the June 22, 2017 Objection of DITECH FINANCIAL LLC, hereinafter referred to as "DITECH", to Confirmation of the Debtor's

Chapter 13 Plan [Docket #14], due notice of DITECH's Objection having been given to all parties in interest.

The parties agree, as manifested by the signatures of their counsel at the end hereof, the Objection of DITECH should be sustained to the extent set forth herein.

The parties further agree that DITECH is a creditor of this estate, secured by a mortgage upon real estate located at 293 West Main Street, Madison, Ohio 44057.

The parties further agree that DITECH shall have an allowed secured claim for pre-petition arrears in the amount of $19,075.91, and that said claim of DITECH shall be paid by the Trustee, inside the Debtor's Chapter 13 Plan. Payment on the pre-petition delinquency is to be scheduled at $100.00 per month for the first twelve (12) months, leaving a remaining arrearage balance of $17,875.91. Beginning with the thirteenth (13th) month of the Plan, DITECH shall then receive a minimum of $372.42 per month for the remaining forty-eight (48) months, or until paid in full.

The parties further agree that the Plan shall not complete and discharge will not be granted until the pre-petition arrearage is paid in full.

**IT IS THEREFORE ORDERED** that for purposes of the Debtor's Chapter 13 Plan, DITECH shall have an arrearage claim of $19,075.91, which shall be paid inside the Plan by the Trustee in installments of $100.00 per month for the first twelve (12) months, and a minimum of $372.42 per month for the remaining forty-eight (48) months, or until paid in full, and the Debtor's Chapter 13 Plan, be and the same is hereby amended to conform therewith.

**IT IS FURTHER ORDERED** that the Plan shall not complete, and discharge will not be granted until the pre-petition arrearage is paid in full.

**IT IS FURTHER ORDERED** that the claims of DITECH shall be paid under the terms of the Debtor's Chapter 13 Plan, once confirmed by this Court.

**IT IS SO ORDERED.**

# # #

Submitted and approved by:

/s/ Peter M. O'Grady  
Reimer Law Co.  
Peter M. O'Grady #0093349  
Cynthia A. Jeffrey #0062718  
Edward A. Bailey #0068073  
30455 Solon Road  
Solon, Ohio 44139  
440-600-5500  
Fax 440-600-5521  
pogrady@reimerlaw.com  
Attorneys for DITECH  

/s/ Robert J. Delchin  
Biales Delchin Law LLC  
Robert J. Delchin #0073821  
7215 Center Street  
Mentor, Ohio 44060  
440-266-1700  
Fax 440-266-0006  
rdelchin@rcbiales.com  
Attorney for Debtor

## LIST OF PARTIES TO BE SERVED

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee
   at (registered address)@usdoj.gov

2. Craig Shopneck, Chapter 13 Trustee
   ch13shopneck@ch13cleve.com

3. Robert J. Delchin, Esq. , Attorney for Debtor
   rdelchin@rcbiales.com

4. Peter M. O'Grady, Esq., Attorney for DITECH
   bknotice@reimerlaw.com

And by regular U.S. mail, postage prepaid, to:

5. Michael J. Celiga, Sr., Debtor
   293 W Main Street
   Madison, OH 44057

6. Lake County Treasurer
   Lake County Treasurer's Office
   105 Main Street
   Painesville, Ohio 44077