UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:    Michael J. Celiga Sr.          ) Case No. 17-13097-aih
                                          ) Chapter 13 Proceedings
       Debtor                             ) Judge Arthur I. Harris

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

LAUREN A. HELBLING, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

| Claim Information | |
|---|---|
| Creditor: Mtglq Investors Lp | |
| Proof of Claim number on Bankruptcy Court's registry: | 7 |
| Last 4 digits of number used to identify Debtor's account: | 9321 |
| **Trustee Payment Information** | |
| Prepetition Mortgage Arrearage | |
|     Amount Stated in Proof of Claim: | $19,075.91 |
|     Amount Paid by Trustee: | $19,075.91 |
| Ongoing Mortgage Payments | |
|   _X_ Paid by the Trustee through the bankruptcy plan | |
|     i. Total paid to date by the Trustee: $49,371.81 | |
|     ii. A mortgage payment was mailed by the Trustee on January 11, 2021 in the amount of $1,146.39 for the payment due December 1, 2020 | |
|     iii. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company. | |
|   ___ Paid direct by the Debtor | |

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on January 19, 2021, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Robert J. Delchin, Esq., on behalf of Michael J. Celiga Sr., Debtor, at rdelchin@rcbiales.com

    Richard J. LaCivitia, Esq., on behalf of Ditech Financial LLC., at bknotice@reimerlaw.com

And by regular U.S. mail, postage prepaid, on:

    Mtglq Investors Lp, at Newrez Llc Dba Shellpoint Mortgage, P O Box 10826, Greenville, SC 29603-0675

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com