# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 17-13097 |
| Michael J. Celiga, Sr. | Chapter 13 |
| Debtor(s). | Judge Arthur I. Harris |

**<u>NOTICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE TIKI SERIES IV TRUST FOR RELIEF FROM STAY</u>**

**293 WEST MAIN STREET
MADISON, OH 44057**

U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust ('Movant') has filed papers for Relief from the Automatic Stay with the Court.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with one.

If you do not want the Court to grant the Relief from the Relief from the Automatic Stay, or if you want the Court to consider your views on this motion, then on or before **September 2, 2021** you or your attorney must:

File with the Court a written request for hearing, or if the Court requires a written response, an answer, explaining your position at:

> United States Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue
> Cleveland, Ohio 44114-1235

If you mail your request or response to the court for filing, you must mail it early enough so the court will RECEIVE it on or before the deadline stated above. You must also mail a copy to:

Molly Slutsky Simons
Counsel for Movant
Sottile and Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140

Attend the hearing scheduled to be held on **September 9, 2021 at 1:00 p.m.** at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235. The hearing may be adjourned by the Court from time to time without further notice.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Movant

# CERTIFICATE OF SERVICE

I certify that on August 12, 2021, a true and correct copy of this Notice of Motion was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Robert J. Delchin, Debtor's Counsel
    bdelchin@gmail.com

    Lauren A. Helbling, Trustee
    ch13trustee@ch13cleve.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Michael J. Celiga, Sr., Debtor
    293 W Main Street
    Madison, OH 44057

    Julie K. Celiga, Non-Filing Co-Debtor
    293 W Main Street
    Madison, OH 44057

                              /s/ Molly Slutsky Simons
                                Molly Slutsky Simons (0083702)
                                Attorney for Movant