| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | MICHAEL J. CELIGA, SR |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Northern District of Ohio |
| Case Number | 17-13097 |

## Official Form 410S1
# Notice of Mortgage Payment Change  12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: MTGLQ Investors, L.P.

**Court Claim no**. (If known): 7-1

**Date of Payment change:** 08/01/2019
Must be at least 21 days after date of this notice.

**Last 4 digits** of any number you use to identify the debtor's account: **9321**

**New total payment:**  $ 1,145.88
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ❏ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 387.61        New escrow payment: $ 413.59

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ❏ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

   Current interest rate: %        New interest rate: %
   Current Principal and interest payment: $        New Principal and interest payment: $

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No

   ❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change:
   Current Mortgage payment: $        New Mortgage payment: $

Debtor 1    <u>MICHAEL J. CELIGA, SR</u>     Case number (*if known*) <u>17-13097</u>
             First Name    Middle Name    Last Name

## Part 4:    Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  <u>/s/ Ketan Sawarkar</u>                       Date: 07/05/2019
    Signature

**Print:**   <u>Ketan Sawarkar</u>                    Title: Claims Processor
         First Name   Middle Name   Last Name

**Company**   <u>AIS Portfolio Services, LP</u>

**Address**   <u>P.O. Box 201347</u>
              Number         Street

            <u>Arlington      TX      76006</u>
            City           State          ZIP Code

**Contact Phone**  <u>((888) 455-6662    )</u>            Email

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

Case Name: MICHAEL J. CELIGA, SR ) Case No. 17-13097
) Judge: ARTHUR I HARRIS
) Chapter: 13
Debtor(s). )

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 07/05/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(b)(the "Bankruptcy Rules"), MTGLQ Investors, L.P. filed a Notice of Change of Mortgage Payment (the "Notice"). The Notice was filed due to a post-bankruptcy change of payment on the Debtor'(s) principal place of residence. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 07/05/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
MICHAEL J. CELIGA, SR
293 W MAIN STREET,
MADISON, OH 44057

I hereby certify that on 07/05/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
LAUREN A HELBLING
200 PUBLIC SQUARE SUITE 3860,
CLEVELAND, OH 44114

Debtor's counsel:
BIALES DELCHIN LAW LLC
ROBERT J DELCHIN
7215 CENTER STREET,
MENTOR, OH 44060

All Parties in Interest
All Parties requesting Notice

By: /s/ Ketan Sawarkar
Ketan Sawarkar, AIS Portfolio Services, LP.
Authorized Agent for NewRez LLC DBA Shellpoint Mortgage Servicing



| | Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC  29603 0826<br>For Inquiries:  (800) 365-7107 | Final |
|---|---|---|

| | | |
|---|---|---|
| MICHAEL J CELIGA<br>293 W Main St<br>Madison OH  44057 | Analysis Date:<br>Loan: ▉▉▉▉9321<br>Property Address:<br>293 W Main St<br>Madison, OH  44057 | June 08, 2019 |

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Aug 01, 2019 | Prior Esc Pmt | August 01, 2018 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $732.29 | $732.29 | P & I Pmt: | $732.29 | Due Date: | March 01, 2018 |
| Escrow Pmt: | $364.41 | $413.59 | Escrow Pmt: | $387.61 | Escrow Balance: | ($5,988.11) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $6,473.37 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $1,556.56 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,096.70 | $1,145.88 | Total Payment: | $1,119.90 | Anticipated Escrow Balance: | ($1,071.30) |

| Shortage/Overage Information | Effective Aug 01, 2019 |
|---|---|
| Upcoming Total Annual Bills | $4,963.13 |
| Required Cushion | $827.19 |
| Required Starting Balance | $827.24 |
| Escrow Shortage | ($1,898.54) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 827.19. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 827.19 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Aug 2018 to July 2019. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 775.20 | (6,757.92) |
| Aug 2018 | 387.61 | 364.41 | | | * | 1,162.81 | (6,393.51) |
| Sep 2018 | 387.61 | 728.82 | | | * | 1,550.42 | (5,664.69) |
| Oct 2018 | 387.61 | 728.82 | | | * | 1,938.03 | (4,935.87) |
| Nov 2018 | 387.61 | | | | * | 2,325.64 | (4,935.87) |
| Dec 2018 | 387.61 | | | | * | 2,713.25 | (4,935.87) |
| Jan 2019 | 387.61 | | | | * | 3,100.86 | (4,935.87) |
| Jan 2019 | | 120.47 | | | * Escrow Only Payment | 3,100.86 | (4,815.40) |
| Jan 2019 | | | | 1,556.57 | * County Tax | 3,100.86 | (6,371.97) |
| Feb 2019 | 387.61 | 1,504.04 | 1,412.65 | | * County Tax | 2,075.82 | (4,867.93) |
| Feb 2019 | | 1,481.84 | | | * Escrow Only Payment | 2,075.82 | (3,386.09) |
| Mar 2019 | 387.61 | (752.02) | | | * | 2,463.43 | (4,138.11) |
| Apr 2019 | 387.61 | | | | * | 2,851.04 | (4,138.11) |
| Apr 2019 | | | | 1,850.00 | * Hazard | 2,851.04 | (5,988.11) |
| May 2019 | 387.61 | | 1,826.00 | | * Hazard | 1,412.65 | (5,988.11) |
| Jun 2019 | 387.61 | | | | * | 1,800.26 | (5,988.11) |
| Jul 2019 | 387.61 | | 1,412.65 | | * County Tax | 775.22 | (5,988.11) |
| | | | | | Anticipated Transactions | 775.22 | (5,988.11) |
| Jun 2019 | | 6,085.76 P | | | | | 97.65 |
| Jul 2019 | | 387.61 P | | 1,556.56 | County Tax | | (1,071.30) |
| | $4,651.32 | $10,649.75 | $4,651.30 | $4,963.13 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Analysis Date: June 08, 2019
Loan: ████9321

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | ($1,071.30) | 827.24 |
| Aug 2019 | 413.59 | | | ($657.71) | 1,240.83 |
| Sep 2019 | 413.59 | | | ($244.12) | 1,654.42 |
| Oct 2019 | 413.59 | | | $169.47 | 2,068.01 |
| Nov 2019 | 413.59 | | | $583.06 | 2,481.60 |
| Dec 2019 | 413.59 | | | $996.65 | 2,895.19 |
| Jan 2020 | 413.59 | | | $1,410.24 | 3,308.78 |
| Feb 2020 | 413.59 | 1,556.57 | County Tax | $267.26 | 2,165.80 |
| Mar 2020 | 413.59 | | | $680.85 | 2,579.39 |
| Apr 2020 | 413.59 | | | $1,094.44 | 2,992.98 |
| May 2020 | 413.59 | 1,850.00 | Hazard | ($341.97) | 1,556.57 |
| Jun 2020 | 413.59 | | | $71.62 | 1,970.16 |
| Jul 2020 | 413.59 | 1,556.56 | County Tax | ($1,071.35) | 827.19 |
| | $4,963.08 | $4,963.13 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($1,071.30). Your starting
balance (escrow balance required) according to this analysis should be $827.24. This means you have a shortage of $1,898.54.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit,
in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,963.13. We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $413.59 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $413.59 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**